Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-01909 DFL KJM |
| Plaintiff, | Hon. David F. Levi |
| vs. | **[PROPOSED] ORDER SETTING ASIDE TERMINATION OF ACTION** |
| HUNT, et al., | |
| Defendants. | |

Having read the Request to Set Aside Order Terminating Action filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefor, the Court ORDERS as follows:

1. The Order entered on April 11, 2005 terminating this action in full is vacated; and

2. Plaintiff DIRECTV, Inc., may re-notice its Motion for Default Judgment against Defendant Ruiz to be heard before the Honorable Kimberly J. Mueller, or any other judge to whom this matter may be assigned.

DATED: 7/22/2005

                                                      ___/s/ David F. Levi_____
                                                    Honorable David F. Levi
                                                    United States District Court
                                                    Eastern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On July 8, 2005, I served the foregoing document described as: **[PROPOSED] ORDER SETTING ASIDE TERMINATION OF ACTION** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**\*\*\*SEE ATTACHED LIST\*\*\***

**[X]     BY OVERNIGHT DELIVERY**   I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

**[X]**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2005, at Irvine, California.

    Joanne D. Mealey              /s/ Joanne D. Mealey

                                               (Signature)

**SERVICE LIST**

| | |
|---|---|
| Levi Ruiz<br>3309 Santa Rosa Ave.<br>Santa Rosa, CA 95407 | VIA OVERNIGHT MAIL |
| Levi Ruiz<br>P.O. Box 1181<br>Rohnert Park, CA 94927 | VIA U.S. MAIL |